IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

STEPHANIE ZUEHLKE,

                              Plaintiff,

      v.

TOWN OF LA POINTE,

                              Defendant.

ORDER

09-cv-686-slc
_____

      This is a proposed civil action for monetary relief in which plaintiff, a resident of Olympia, Washington, alleges that she was wrongfully terminated from her employment with defendant, Town of La Pointe on or around November 29, 2006. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported her request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3700 for each dependent excluding the plaintiff.
- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.
- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.
- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.
- Substantial assets or debts require individual consideration.

In this case, plaintiff has no dependents. Her monthly income is $6,741, which makes

her annual income $80,892. Because plaintiff's income is greater than $32,000, she must prepay all fees and costs. If she wishes to proceed with this action, she will have to pay the $350 filing fee in full.

## ORDER

IT IS ORDERED that plaintiff's request for leave to proceed *in forma pauperis* in this action is DENIED because plaintiff does not qualify for indigent status.

Further, IT IS ORDERED that plaintiff may have until December 7, 2009, in which to pay the $350 fee for filing his lawsuit. If, by December 7, 2009, plaintiff fails to pay the fee, the clerk of court is directed to enter judgment dismissing this case without prejudice for plaintiff's failure to prosecute it.

Entered this 17th day of November, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge